## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

|  |  |
|---|---|
| **ADAPTIX, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 6:12cv125 |
| ) | |
| **APPLE, INC.,** ) | **JURY TRIAL DEMANDED** |
| **AT&T, INC. and** ) | |
| **AT&T MOBILITY LLC** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT AT&T INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiff Adaptix, Inc. ("Adaptix") hereby voluntarily dismisses without prejudice all claims asserted herein against Defendant AT&T Inc. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), as AT&T Inc. has not answered the Complaint or filed a motion for summary judgment, Adaptix submits that this dismissal can be accomplished by the filing of a notice of dismissal. Accordingly, Adaptix notifies the Court and all other parties that AT&T Inc. has been dismissed without prejudice.

Dated: April 11, 2012

By: /s/ Paul J. Hayes (w/permission W. Hill)
Paul J. Hayes – LEAD ATTORNEY
Dean G. Bostock
HAYES, BOSTOCK & CRONIN LLC
300 Brickstone Square, 9th Fl.
Andover, Massachusetts 01810
Tel: (978) 809-3850
Fax: (978) 809-3869
Email: phayes@hbcllc.com
Email: dbostock@hbcllc.com

        T. John Ward, Jr.
Texas State Bar No. 00794818
J. Wesley Hill
Texas State Bar No. 24032294
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, Texas  75606
Tel: (903) 757-6400
Fax: (903) 757-2323
Email: jw@wsfirm.com
Email: wh@wsfirm.com

**ATTORNEYS FOR ADAPTIX, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 11th day of April, 2012.

        /s/ Wesley Hill
Wesley Hill